# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALAN SCHELHAS, Individually and for Others Similarly Situated,**  *Plaintiff,*  v.  **HACKENSACK MERIDIAN HEALTH, INC.,**  *Defendant.* | Case No. 2:23-cv-02466-CCC-ESK  MOTION DAY: February 5, 2024 |

## NOTICE OF PLAINTIFF'S MOTION FOR EQUITABLE TOLLING

PLEASE TAKE NOTICE THAT on February 5, 2024, Plaintiff Alan Schelhas will move this Court, before the Honorable Edward Kiel, United States Magistrate Judge of the United States District Court for the District of New Jersey, for an Order granting equitable tolling the statute of limitations for the putative collective members in this Fair Labor Standards Act (FLSA) collective action brought under 29 U.S.C. § 216(b) starting from September 18, 2023 through the date the Court rules on the merits of Schelhas's Motion for Conditional Certification.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff shall rely upon the Notice, the Memorandum of Law, the record in this Action, and the proposed Order herein.

Date: January 5, 2024

Respectfully submitted,

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez
NJ Bar No. 017642011
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
215-875-4635 – Telephone
215-875-4604 – Facsimile
crodriguez@bm.net

/s/ *William M. Hogg*
Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

William C. Alexander (*Pro Hac Vice*)
Austin W. Anderson (*Pro Hac Vice*)
**ANDERSON ALEXANDER, PLLC**
101 N. Shoreline Blvd., Ste. 610
Corpus Christi, Texas 78401
361-452-1279 – Telephone
361-452-1284 – Facsimile
clif@a2xlaw.com
austin@a2xlaw.com

*Counsel for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<i>/s/ Camille Fundora Rodriguez</i><br>Camille Fundora Rodriguez