**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALAN SCHELHAS, Individually and for Others Similarly Situated,<br><br>v.<br><br>HACKENSACK MERIDIAN HEALTH, INC. | Case No. 2:23-cv-02466-CCC-SBA |

**NOTICE OF PLAINTIFF'S MOTION TO TERMINATE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, ALTERNATIVELY, CONTINUE DEADLINE TO RESPOND TO MOTION**

PLEASE TAKE NOTICE THAT on April 7, 2025, Plaintiff Alan Schelhas will move this Court, before the Honorable Stacey D. Adams, United States Magistrate Judge of the United States District Court for the District of New Jersey, for an Order terminating Defendant's Motion for Partial Summary Judgment (Dkt. 108) or, Alternatively, a Continuance of Plaintiff's Deadline to Respond to such Motion for Partial Summary Judgment.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff shall rely upon the Notice, the Memorandum of Law, the accompanying Declaration and attached exhibits, and the proposed Order herein.

– 1 –

| | |
|---|---|
| Date: March 4, 2025 | Respectfully submitted,<br><br>/s/ Camille Fundora Rodriguez<br>Camille Fundora Rodriguez<br>NJ Bar No. 017642011<br>**Berger Montague PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>215-875-4635 – Telephone<br>215-875-4604 – Facsimile<br>crodriguez@bm.net<br><br>Michael A. Josephson (*Pro Hac Vice*)<br>Andrew W. Dunlap (*Pro Hac Vice*)<br>William M. Hogg (*Pro Hac Vice*)<br>**Josephson Dunlap LLP**<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>713-352-1100 – Telephone<br>713-352-3300 – Facsimile<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com<br>whogg@mybackwages.com<br><br>William C. Alexander (*Pro Hac Vice*)<br>Austin W. Anderson (*Pro Hac Vice*)<br>**Anderson Alexander PLLC**<br>101 N. Shoreline Blvd., Ste. 610<br>Corpus Christi, Texas 78401<br>361-452-1279 – Telephone<br>361-452-1284 – Facsimile<br>clif@a2xlaw.com<br>austin@a2xlaw.com<br><br>*Counsel for Plaintiff, Class, and Collective Members* |

– 3 –

**Certificate of Service**

I hereby certify that on March 4, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez